Argued and submitted September 29, reversed and remanded for new trial
October 18, 2000, petition for review withdrawn January 3, 2001 (331 Or 536)

STATE OF OREGON,
*Respondent,*

*v.*

JOHN ANTHONY LAWRENCE,
*Appellant.*

(97081777; CA A104797)

13 P3d 113

Dan Maloney, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Reversed and remanded for new trial. *State v. Maddox,* 165 Or App 573, 997 P2d 276, *rev den* 331 Or 244 (2000).